

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00102-CV

Cathy **GIDDINGS,**
Appellant

v.

Ralph **CURTIS** M.D.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06825
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On June 24, 2015, Appellant filed a motion for extension of time to file her brief. Appellee has advised this court there is no opposition to the motion for extension of time. Appellant's brief is due to be filed in this court *no later than July 31, 2015*. We caution Appellant the brief must comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. *No further extensions will be granted.* If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court